## Index of Exhibits to Plaintiff Hall CA-NV, LLC's Complaint

| Exhibit | Description | Number of Pages (exclusive of cover sheet) |
|---------|-------------|---------------------------------------------|
| A | **Intercreditor and Subordination Agreement dated September 30, 2014** | 33 |

930597