**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

HALL CA-NV, LLC., a Texas limited liability company,

    Plaintiff(s),

vs.

LADERA DEVELOPMENT, LLC., a Nevada limited liability company,

    Defendant(s).

Case # 3:18-cv-00124

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Frank J. Wright_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Gardere Wynne Sewell LLP
(firm name)

with offices at 2021 McKinney Avenue, Suite 1600,
(street address)

Dallas, Texas, 75201,
(city) (state) (zip code)

(214) 999.3000, fwright@gardere.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

HALL CA-NV, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____February 25, 1982_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Texas_____
                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

## ANSWER TO # 4

That Petitioner was admitted to practice before the following Courts on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Courts for the Northern District of Texas | 1982 | TX 2028800 |
| U.S. District Courts for the Southern District of Texas | 2007 | |
| U.S. District Courts for the Western District of Texas | 1981 | |
| U.S. Court of Appeals for the Fifth Circuit | 2003 | |
| U.S. Court of Appeals for the Sixth Circuit | 1995 | |
| Supreme Court for the United States | 1997 | |

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/23/2017 | Hall CA-NV, LLC | United States District Court; | Granted |
|  | vs. | District of Nevada; |  |
|  | Lawrence Investments, | Judge Robert C. Jones |  |
|  | LLC, et al; |  |  |
|  | Case # 3:17-cv-00636 |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Texas____ )
COUNTY OF ____Dallas____ )

____Frank J. Wright____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__20th__ day of __March__, __2018__

_____
Notary Public or Clerk of Court

IMELDA V. ARAYATA
Notary Public
State of Texas
ID # 11336529
Comm. Expires 8/28/2018

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Nathan J. Aman____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____327 California Avenue [P.O. Box 62]____,
(street address)

____Reno____, ____Nevada____, _____,
(city)        (state)        (zip code)

____(775) 284-8888____, ____naman@renonvlaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nathan J. Aman, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Michael J. Jaynes, President of Hall CA-NV, LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8354                           naman@renonvlaw.com
Bar number                     Email address

APPROVED:
Dated: this __21__ day of __March__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### FRANK J WRIGHT

Bar Number:                    Date of Admission:

22028800                        02/25/1982

Witness my official signature and the seal of this court.

Dated: 10/23/2017              Karen Mitchell,
                               Clerk of Court

                               By: V. SHREWSBURY
                               Deputy Clerk