Nathan J. Aman (NV Bar No. 8354)
**FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P.**
P.O. Box 62
Reno, Nevada  89505
Telephone:	(775) 284-8888
Facsimile:	(775) 284-3838
Email:	naman@renonvlaw.com

Frank J. Wright (TX Bar No. 22028800)
*(pro hac vice requested)*
**GARDERE WYNNE SEWELL LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas  75201
Telephone:	(214) 999.3000
**Facsimile:	(214) 999.4667**
Email:	fwright@gardere.com

**Counsel for HALL CA-NV, LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| HALL CA-NV, LLC., a Texas limited liability company,<br><br>                           Plaintiff,<br>vs.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>                           Defendant. | Case No:  3:18-cv-00124-RCJ-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**
**(First Request)**

COMES NOW Plaintiff, HALL CA-NV, LLC ("Hall"), and Defendant, LADERA DEVELOPMENT, LLC ("Ladera"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1.	On April 10, 2018 Ladera filed a Motion to Dismiss (ECF No. 8);

938737                                                          -1-

2. Hall's counsel has requested additional time in which to oppose the Motion to Dismiss due to various other pending legal matters;

3. Hall shall have an additional period of fifteen (15) judicial days, until and including May 15, 2018, in which to file an Opposition to the Motion to Dismiss.

4. This Stipulation is made in good faith and not for the purpose of delay.

## AFFIRMATION

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

**DATED** this  19th  day of April, 2018.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P. |
|---|---|
| By: /s/ *David C. McElhinney*<br>DAVID C. McELHINNEY<br>Nevada State Bar No. 33<br>One East Liberty Street<br>Suite 300<br>Reno, NV 89501-2128<br>Telephone: (775) 321-3414<br>Facsimile: (775) 823-2929<br>Email: dmcelhinney@lrrc.com | By: /s/ *Nathan J. Aman*<br>Nathan J. Aman, Esq.<br>Nevada Bar No. 8354<br>P.O. Box 3677<br>Reno, Nevada 89505<br>(775) 284-8888<br>(775) 284-3838 - fax<br>Email: naman@renonvlaw.com<br><br>and<br><br>Frank J. Wright (TX Bar No. 22028800)<br>(by pro hac vice)<br>GARDERE WYNNE SEWELL LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>(214) 999.3000<br>(214) 999.4667 - fax<br>Email: fwright@gardere.com |

**IT IS SO ORDERED**

By: _____
    **UNITED STATES MAGISTRATE JUDGE**

Dated: April 19th, 2018.