Nathan J. Aman, Esq. (NV Bar No. 8354)
**FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P.**
P.O. Box 62
Reno, Nevada 89505
Tel: (775) 284-8888
Fax: (775) 284-3838
Email: naman@renonvlaw.com

Frank J. Wright, Esq. (TX Bar No. 22028800)
(*by pro hac vice*)
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Tel: (214) 999-3000
Fax: (214) 999-4667
Email: fwright@foley.com
**Counsel for HALL CA-NV, LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| HALL CA-NV, LLC., a Texas limited liability company,<br><br>         Plaintiff,<br><br>vs.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>         Defendant. | *ORDER*<br>Case No: 3:18-cv-00124-RCJ-VPC |

## **STIPULATION TO AMEND COMPLAINT PURSUANT TO FRCP 15(a)(2)**

COMES NOW Plaintiff, HALL CA-NV, LLC ("Hall"), and Defendant, LADERA DEVELOPMENT, LLC ("Ladera"), by and through their undersigned counsel, and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 15(a)(2) to permit Plaintiff Hall to file a Second Amended Complaint.

///

948841                                              -1-

## AFFIRMATION

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

**DATED** this ___4th___ day of June, 2018.

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P. |
| By: /s/ *David C. McElhinney, Esq.* <br> David C. McElhinney, Esq. <br> Nevada State Bar No. 33 <br> One East Liberty Street <br> Suite 300 <br> Reno, NV 89501-2128 <br> Tel: (775) 321-3414 <br> Fax: (775) 823-2929 <br> Email: dmcelhinney@lrrc.com | By: /s/ *Nathan J. Aman, Esq.* <br> Nathan J. Aman, Esq. <br> Nevada Bar No. 8354 <br> P.O. Box 62 <br> Reno, Nevada 89505 <br> Tel: (775) 284-8888 <br> Fax: (775) 284-3838 <br> Email: naman@renonvlaw.com <br><br> and <br><br> Frank J. Wright, Esq. <br> TX Bar No. 22028800 <br> (by pro hac vice) <br> FOLEY GARDERE <br> FOLEY & LARDNER, LLP <br> 2021 McKinney Avenue, Suite 1600 <br> Dallas, Texas 75201 <br> Tel: (214) 999-3000 <br> Fax: (214) 999-4667 <br> Email: fwright@foley.com |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: June 8, 2018

948841

-2-

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the law firm of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P., and that on the date shown below, I caused service of a true and correct copy of the attached:

**STIPULATION TO AMEND COMPLAINT PURSUANT TO FRCP 15(a)(2)**

to be completed by:

__X__ electronic service upon electronically filing the within document with CM/ECF system.

addressed to:

| 1 | LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>David C. McElhinney, Esq.<br>One East Liberty Street<br>Suite 300<br>Reno, NV 89501-2128 | Telephone: (775) 823-2900<br>Facsimile: (775) 823-2929<br><br>Email: dmcelhinney@lrrc.com<br><br>Counsel for Defendant |
|---|---|---|

DATED this __4th__ day of June, 2018.

/s/ *Alexandra P. Schroeder*

948841                                    -3-