1  DAVID C. MCELHINNEY
   State Bar No. 33
2  KRISTEN L. MARTINI
   State Bar No. 11272
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   One East Liberty Street, Suite 300
4  Reno, Nevada 89501-2128
   Tel: (775) 823-2900
5  E-mail: dmcelhinney@lrrc.com
   E-mail: kmartini@lrrc.com
6
   *Attorneys for Defendant/Counterclaimant*
7  *Ladera Development, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company, | CASE NO. 3:18-cv-00124-RCJ-VPC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO HALL CA-NV, LLC'S MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM (ECF NO. 29)** |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company, | |
| Defendant. | **(FIRST REQUEST)** |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| HALL CA-NV, LLC, a Texas limited liability company, | |
| Counterdefendant. | |

Pursuant to Local Rule 6-1, Defendant/Counterclaimant Ladera Development, LLC ("Ladera"), and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Ladera to respond to Hall's Motion To Dismiss Counterclaim For Failure to State A Claim ("Motion") (ECF No. 29) filed on July 27, 2018. Ladera's response to Hall's Motion was originally due on August

10, 2018. The parties have agreed to extend Ladera's response time by two days; thus, Ladera's new response deadline is Tuesday, August 14, 2018. This is the first request for extension of time as regarding Hall's Motion. This request is made for the reasons that Ladera's counsel is involved in emergency writ proceedings before the Nevada Supreme Court, which on August 8, 2018, directed Ladera's counsel to file a response to an emergency motion by Monday, August 13, 2018. This request for a two-day extension of time is made in good faith and is not intended to delay the final determination of this matter.

IT IS SO AGREED AND STIPULATED, this 9th day of August, 2018:

FAHRENDORF, VILORIA, OLIPHANT & OSTER LLP

By: /s/ Nathan J. Aman
Nathan J. Aman, Esq.
P.O . Box 62
Reno, NV 89505
Email: naman@renonvlaw.com

*Attorneys for Plaintiff/Counterdefendant*

In association with:
GARDERE WYNNE SEWELL LLP
Frank J. Wright, Esq.
*(by pro hac vice)*
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Email: fwright@gardere.com

*Attorneys for Plaintiff/Counterdefendant*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ David C. McElhinney
DAVID C. MCELHINNEY, SBN 33
KRISTEN L. MARTINI, SBN 11272
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

*Attorneys for Defendant/Counterclaimant*

**ORDER**

**IT IS SO ORDERED.**
Dated this 10th day of August, 2018.

_____
U.S. DISTRICT COURT JUDGE

105702536_1

2