DAVID C. MCELHINNEY
State Bar No. 33
KRISTEN L. MARTINI
State Bar No. 11272
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: (775) 823-2900
E-mail: dmcelhinney@lrrc.com
E-mail: kmartini@lrrc.com

*Attorneys for Defendant/Counterclaimant*
*Ladera Development, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company, | CASE NO. 3:18-cv-00124-RCJ-CBC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR LADERA TO FILE ITS RESPONSE TO HALL'S OBJECTION TO ORDER DENYING HALL'S MOTION TO MODIFY SUBPOENA DUCES TECUM ON KOLESAR & LEATHAM (ECF NO. 58)** |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company, | |
| Defendant. | |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company, | **(FIRST REQUEST)** |
| Counterclaimant, | |
| v. | |
| HALL CA-NV, LLC, a Texas limited liability company, | |
| Counterdefendant. | |

Pursuant to Local Rule 6-1, Defendant/Counterclaimant Ladera Development, LLC ("Ladera"), and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Ladera to respond to Hall's Objection to Order Denying Hall's Motion To Modify Subpoena Duces Tecum on Kolesar & Leatham ("Objection") (ECF No. 58) filed on December 14, 2018. Ladera's

1    response to Hall's Objection was originally due on December 28, 2018. The parties have

2    agreed to extend Ladera's response time by 14 days; thus, Ladera's new response deadline is

3    Friday, January 11, 2019. This is the first request for extension of time as regarding Hall's

4    Objection. This request for extension of time is being made to allow the parties sufficient time

5    to conduct a meet and confer in a good faith attempt to address and resolve the issues raised in

6    Hall's Objection. This request for a 14-day extension of time is made in good faith and is not

7    intended to delay the final determination of this matter.

8              IT IS SO AGREED AND STIPULATED, this 27th day of December, 2018:

9

10   FAHRENDORF, VILORIA, OLIPHANT          In association with:
     & OSTER LLP                            GARDERE WYNNE SEWELL LLP
11   By: /s/ Nathan J. Aman                 Frank J. Wright, Esq.
     Nathan J. Aman, Esq.                   *(by pro hac vice)*
12   P.O . Box  62                          2021 McKinney Avenue, Suite 1600
     Reno, NV 89505                         Dallas, TX 75201
13   Email: naman@renonvlaw.com             Email: fwright@gardere.com

14   *Attorneys for Plaintiff/Counterdefendant*    *Attorneys for Plaintiff/Counterdefendant*

15

16   LEWIS ROCA ROTHGERBER CHRISTIE LLP

     By: /s/ David C. McElhinney
17   DAVID C. MCELHINNEY, SBN 33
     KRISTEN L. MARTINI, SBN 11272
18   One East Liberty Street, Suite 300
     Reno, Nevada 89501-2128
19
     *Attorneys for Defendant/Counterclaimant*
20

21

22                          **ORDER**

23       **IT IS SO ORDERED.**

24       Dated this  2nd day of January, 2019.

25       _____

26       U.S. DISTRICT COURT JUDGE

27

28