DAVID C. MCELHINNEY
State Bar No. 33
KRISTEN L. MARTINI
State Bar No. 11272
LINDSEY HERZOG (AZ BAR NO. 032514)
*(pro hac vice)*
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: (775) 823-2900
E-mail: dmcelhinney@lrrc.com
E-mail: kmartini@lrrc.com
E-mail: lherzog@lrrc.com

*Attorneys for Defendant/Counterclaimant
Ladera Development, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Defendant. | CASE NO. 3:18-cv-00124-RCJ-CBC<br><br>**ORDER SETTING MOTION HEARING** |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>HALL CA-NV, LLC, a Texas limited liability company,<br><br>Counterdefendant. | |

Defendant/Counterclaimant Ladera Development, LLC ("Ladera"), and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their undersigned counsel, stipulate and hereby request that the Court schedule a status hearing regarding Hall's

107084692_1

Objection to Order Denying Hall's Motion To Modify Subpoena Duces Tecum on Kolesar & Leatham ("Hall's Objection") (ECF No. 58) filed on December 14, 2018.

The parties, by and through their respective counsel have conducted a good faith meet and confer in an attempt to address and resolve those issues raised in Hall's Objection and to-date, have reached a tentative agreement, that by its terms will require the Court's approval.

The parties are requesting a status hearing before the Court to apprise Her Honor of the terms of the tentative agreement and to seek her approval of the same. The parties anticipate they will need approximately a half hour of the Court's time at the status hearing.

IT IS SO AGREED AND STIPULATED, this 17th day of January, 2019:

### ORDER

IT IS HEREBY ORDERED that the Stipulation to Schedule and Conduct Status Hearing Regarding Hall's Objection to Order Denying Hall's Motion to Modify Subpoena Duces Tecum on Kolesar & Leatham (ECF No. 66) is GRANTED.

IT IS FURTHER ORDERED that a Motion Hearing RE: Hall CA-NV, LLC's Objection to Order Denying Hall's Motion to Modify Subpoena Duces Tecum on Kolesar & Leatham is set for 1:30P.M., Tuesday, February 19, 2019, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 22nd day of January, 2019.

_____
ROBERT C. JONES