DAVID C. MCELHINNEY
State Bar No. 33
KRISTEN L. MARTINI
State Bar No. 11272
LINDSEY HERZOG (AZ BAR NO. 032514)
*(pro hac vice)*
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: (775) 823-2900
E-mail: dmcelhinney@lrrc.com
E-mail: kmartini@lrrc.com

*Attorneys for Defendant/Counterclaimant
Ladera Development, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> LADERA DEVELOPMENT, LLC, a Nevada limited liability company, <br><br> Defendant. | CASE NO. 3:18-cv-00124-RCJ-CBC <br><br> **ORDER TO EXTEND TIME FOR LADERA TO FILE ITS RESPONSE TO HALL'S OBJECTION TO ORDER DENYING HALL'S MOTION TO MODIFY SUBPOENA DUCES TECUM ON KOLESAR & LEATHAM (ECF NO. 58)** <br><br> **(SECOND REQUEST)** |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> v. <br><br> HALL CA-NV, LLC, a Texas limited liability company, <br><br> Counterdefendant. | |

The parties, by and through their respective counsel have conducted a good faith meet and confer in an attempt to address and resolve those issues raised in Hall's Objection to Order Denying Hall's Motion to Modify Subpoena Duces Tecum on Kolesar & Leatham, ("Objection"), (ECF No. 58) . As part of those ongoing discussions, and in order to give the parties additional time to arrive at a successful resolution of the issues raised in the Objection,

1  it was agreed between the parties that Ladera could, with the Court's approval, have an
2  additional 2 weeks to file its Response to the Objection.

3  Therefore, pursuant to Local Rule 6-1, Defendant/Counterclaimant Ladera Development, LLC ("Ladera"), and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Ladera to respond to Hall's Objection to Order Denying Hall's Motion To Modify Subpoena Duces Tecum on Kolesar & Leatham ("Objection") (ECF No. 58) filed on December 14, 2018. Ladera's response to Hall's Objection was originally due on December 28, 2018. Pursuant to the parties stipulation and this Court's Order, (ECF No. 61) the time for Ladera to respond was extended for the first time to Friday, January 11, 2019. Due to the nature of the ongoing discussions as set forth above, the parties have agreed, for a second time, to extend Ladera's response time by an additional 14 days; thus, Ladera's new response deadline is Friday, January 25, 2019. This is the second request for extension of time as regarding Hall's Objection. This request for a 14-day extension of time is made in good faith and is not intended to delay the final determination of this matter.

IT IS SO AGREED AND STIPULATED, this 7th day of January, 2019:

FAHRENDORF, VILORIA, OLIPHANT & OSTER LLP
By: */s/ Nathan J. Aman*
Nathan J. Aman, Esq.
P.O. Box 62
Reno, NV 89505
Email: naman@renonvlaw.com

*Attorneys for Plaintiff/Counterdefendant*

In association with:
GARDERE WYNNE SEWELL LLP
Frank J. Wright, Esq.
*(by pro hac vice)*
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Email: fwright@gardere.com

*Attorneys for Plaintiff/Counterdefendant*

LEWIS ROCA ROTHGERBER CHRISTIE LLP
By: */s/ David C. McElhinney*
DAVID C. MCELHINNEY
KRISTEN L. MARTINI
LINDSEY HERZOG (*pro hac vice*)
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128

*Attorneys for Defendant/Counterclaimant*

**ORDER**

**IT IS SO ORDERED.**

Dated this 22nd day of January, 2019.

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of LEWIS ROCA ROTHGERBER CHRISTIE LLP, and that on this 7th day of January, 2019, I caused the foregoing **STIPULATION AND ORDER TO EXTEND TIME (SECOND REQUEST) FOR LADERA TO FILE ITS RESPONSE TO HALL'S OBJECTION TO ORDER DENYING HALL'S MOTION TO MODIFY SUBPOENA DUCES TECUM ON KOLESAR & LEATHAM (ECF NO. 58)** to be served by electronically filing the foregoing document with the CM/ECF electronic filing system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Nathan J. Aman, Esq.<br>Fahrendorf, Viloria, Oliphant & Oster LLP<br>P.O. Box 62<br>Reno, NV 89505<br>Email: naman@renonvlaw.com<br><br>*Attorneys for Plaintiff* | Frank J. Wright, Esq. *(by pro hac vice)*<br>Gardere Wynne Sewell LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201<br>Email: fwright@gardere.com<br><br>*Attorneys for Plaintiff* |

/s/ *Dawn M. Hayes*
An employee of Lewis Roca Rothgerber Christie LLP

106981671_1                                   4