DAVID C. MCELHINNEY
State Bar No. 33
KRISTEN L. MARTINI
State Bar No. 11272
LINDSEY HERZOG (AZ BAR NO. 032514)
*(by pro hac vice)*
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: (775) 823-2900
E-mail: dmcelhinney@lrrc.com
E-mail: kmartini@lrrc.com

*Attorneys for Defendant/Counterclaimant
Ladera Development, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Defendant.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>HALL CA-NV, LLC, a Texas limited liability company,<br><br>Counterdefendant. | CASE NO. 3:18-cv-00124-RCJ-CBC<br><br>**ORDER VACATING MAGISTRATE JUDGE'S ORDER [ECF NO. 56] AND ALLOWING PRESENTATION OF ADDITIONAL EVIDENCE** |

Before the Court is Plaintiff Hall CA-NV, LLC's ("Hall") Objection to Order Denying Hall's Motion to Modify Subpoena Duces Tecum on Kolesar & Leatham (ECF No. 58), ("Objection"), and Defendant Ladera Development, LLC's ("Ladera") Limited Response to

107443420.1

Hall's Objection to Order Denying Hall's Motion to Modify Subpoena Duces Tecum On Kolesar & Leatham (ECF No. 69).  Hall's Objection asserts that Kolesar & Leatham was deprived its due process rights to appear before the Court to contest the subject Subpoena Duces Tecum, and provide evidence regarding the nature and scope of its representation of Hall and Ladera, which Hall argues would have impacted the conclusions reached by the Court.

Having considered the above referenced documents and oral argument,

**IT IS ORDERED** that Hall's Objection is sustained;

**IT IS FURTHER ORDERED** that the Magistrate Judge's Order entered November 30, 2018, (ECF No. 56) is vacated;

**IT IS FURTHER ORDERED** this matter is remanded back to Magistrate Judge Carrey to schedule a hearing to permit Kolesar & Leatham an opportunity to submit additional evidence in support of Hall's Motion to Modify Subpoena Duces Tecum on Kolesar & Leatham, (ECF 40), and as it concerns Kolesar & Leatham's legal representation of Hall in what the parties have commonly referred to as the Hall Nevada Adversary and the Hall California Adversary and Ladera in what the parties have commonly referred to as the Ladera Adversary.

DATED this 18th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:/s/ *David C. McElhinney*
DAVID C. MCELHINNEY, SBN 33
KRISTEN L. MARTINI, SBN 11272
LINDSEY HERZOG, AZ SBN 032514
(*by pro hac vice*)
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
*Attorneys for Defendant/Counterclaimant Ladera Development, LLC*

107443420.1