# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company, | 3:18-cv-00124-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 10, 2019 |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company, | |
| Defendant. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion for Extension of Discovery and Sixth Amended Discovery Plan and Scheduling Order (ECF No. 108). Defendant requests that the deadlines set forth in the Scheduling Order (ECF No. 95) be extended sixty (60) days.

Due to the complexity of the outstanding motions and the demand on the court's schedule, it appears that a sixty (60) day extension of the scheduling order deadlines will not be sufficient. Therefore,

**IT IS HEREBY ORDERED** that the deadlines set forth in the Scheduling Order (ECF No. 95) are **VACATED** and will be re-set once the outstanding motions have been decided by the court.

DEBRA K. KEMPI, CLERK

By:  /s/_____
  Deputy Clerk