Nathan J. Aman, Esq.
NV Bar No. 8354
**VILORIA, OLIPHANT**
 **OSTER & AMAN L.L.P.**
P.O. Box 62
Reno, Nevada 89504
Telephone:     (775) 284-8888
Email: naman@renonvlaw.com

Frank J. Wright, Esq. (TX Bar No. 22028800)
*(pro hac vice)*
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone:     (214) 999-4859
Email: fwright@foley.com

Counsel for HALL CA-NV, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| HALL CA-NV, LLC., a Texas limited liability company, | Case No: 3:18-cv-00124-RCJ-CBC |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company, | |
| Defendant. | |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company, | |
| Counter-Claimant, | |
| vs. | |
| HALL CA-NV, LLC, a Texas limited liability company, | |
| Counter-Defendant. | |

1182449                                                          -1-

# SUBSTITUTION OF ATTORNEY

**COMES NOW** Plaintiff/Counter-Defendant, Hall CA-NV, LLC, and hereby substitutes as their attorney in the above-entitled action,

**Frank J. Wright, Esq. (TX Bar No. 22028800) (*pro hac vice*)**
**Law Offices of Frank J. Wright, PLLC**
**2323 Ross Avenue, Suite 730**
**Dallas, TX 75201**
**Telephone (214) 953-9100**
**Email: frank@fjwright.law**

as attorney of record (*pro hac vice*) in place and stead of:

Frank J. Wright, Esq. (TX Bar No. 22028800) *(pro hac vice)*
Steven C. Lockhart, Esq. *(pro hac vice)*
Foley Gardere Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-4859
Email: fwright@foley.com; slockhart@foley.com

///

///

///

1182449

-2-

**This Substitution of Attorney is only with regard to the above-named law firms.**

Frank J. Wright, Esq. (TX Bar No. 22028800) of his new law firm, Law Offices of Frank J. Wright, PLLC remains co-counsel of record *pro hac vice* for Plaintiff Hall CA-NV, LLC, along with Nathan J. Aman, Esq. of the law firm Viloria, Oliphant, Oster & Aman L.L.P. who also remains co-counsel of record for Plaintiff Hall CA-NV, LLC.  Steven C. Lockhart, Esq. of the Law Firm of Foley Gardere Foley & Lardner LLP is hereby disassociated from the matter.

DATED this  29th  day of May, 2020.                    Plaintiff, HALL NV-CA, LLC

                                                       By:    /s/ Michael Jaynes
                                                              Michael Jaynes, President

I consent to the foregoing substitution.


**VILORIA, OLIPHANT,**
   **OSTER & AMAN L.L.P.**

By:      */s/ Nathan J. Aman, Esq.*
         Nathan J. Aman, Esq.
         Nevada Bar No. 8354
         P.O. Box 62
         Reno, Nevada 89504
         (775) 284-8888
         (775) 284-3838 - fax
         Email: naman@renonvlaw.com

              and


**FOLEY GARDERE**
**FOLEY & LARDNER LLP**


By:     /s/Frank J. Wright, Esq.
        Frank J. Wright, Esq.
        Steven C. Lockhart, Esq.
        2021 McKinney Avenue, Suite 1600
        Dallas, Texas 75201
        Telephone: (214) 999-4859
        Email: fwright@foley.com
               slockhart@foley.com

1182449                                -3-

I am duly admitted to practice (*pro hac vice*) in this District.  Above substitution accepted.

DATED this __29th__ day of May, 2020.

**LAW OFFICES OF
FRANK J. WRIGHT, PLLC**

By : __/s/ Frank J. Wright, Esq.__
Frank J. Wright, Esq.
(TX Bar No. 22028800)(*pro hac vice*)
2323 Ross Avenue, Suite 730
Dallas, TX 75201
Telephone 214-953-9100
Email:  frank@fjwright.law
**New Attorneys for HALL CA-NV, LLC**

Please check one: __X__ RETAINED, or ____ APPOINTED BY THE COURT

**APPROVED:**

DATED this __June 1, 2020__, 2020   By: __/s/ William G. Cobb__
UNITED STATES MAGISTRATE JUDGE

1182449

-4-