# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HALL CA-NV, LLC,
a Texas limited liability company,

    Plaintiff,

vs.

LADERA DEVELOPMENT, LLC,
a Nevada limited liability company,

    Defendant.

Case No. 3:18-cv-00124-RCJ-WGC

**ORDER**

Plaintiff filed five separate motions for summary judgment totaling 124 pages excluding exhibits. (ECF Nos. 124–28.) Defendant moves to strike these motions on the ground that they violate the Court's local rules (among other arguments). (ECF No. 130.) Specifically, Defendant cites to LR 7-3(a), which reads, in pertinent part, "Motions for summary judgment . . . are limited to 30 pages, excluding exhibits. . . . . *Parties must not circumvent this rule by filing multiple motions.*" (emphasis added). The Court agrees with Defendant; the plain language of this rule proscribes the filing of multiple motions for summary judgment without leave of this Court. The Court may deny or strike any motion that is not filed in accordance with the local rules. *See* LR IA 10-1(d). The Court therefore grants Defendant's motion and denies Plaintiff's motions for

summary judgment without prejudice. Plaintiff may refile a motion for summary judgment by June 28, 2021. If Plaintiff truly needs to file more than thirty pages for the issues on summary judgment, it may file a motion under LR 7-3(c) to exceed the page limits.

## CONCLUSION

IT IS HEREBY ORDERED that Motion to Strike (ECF No. 130) is GRANTED.

IT IS FURTHER ORDERED that Motion for Summary Judgment (ECF No. 124) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Motion for Summary Judgment (ECF No. 125) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Motion for Summary Judgment (ECF No. 126) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Motion for Summary Judgment (ECF No. 127) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Motion for Summary Judgment (ECF No. 128) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff is granted leave to refile a motion for summary judgment on or before June 28, 2021.

IT IS SO ORDERED.

Dated June 7, 2021.

_____
ROBERT C. JONES
United States District Judge