1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

HALL CA-NV, LLC, a Texas limited liability
company,

CASE NO. 3:18-cv-00124-RCJ-CBC

12
13

Plaintiff,

v.

14

LADERA DEVELOPMENT, LLC, a Nevada
limited liability company,

**ORDER TO EXTEND THE DEADLINE
FOR THE PARTIES' JOINT PRETRIAL
ORDER  (FIRST REQUEST)**

15
16

Defendant.

17
18

LADERA DEVELOPMENT, LLC, a Nevada
limited liability company,

19

Counterclaimant,

v.

20

HALL CA-NV, LLC, a Texas limited liability
company,

21
22

Counterdefendant.

23
24

Pursuant to Local Rule 6-1, Defendant/Counterclaimant Ladera Development, LLC

25

("Ladera") and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their

26

undersigned counsel, hereby stipulate to extend the deadline for the joint pretrial order to

27

September 26, 2022, in order to accommodate counsel's maternity leave. Specifically, the parties

28

stipulate as follows:

In its July 26, 2022 order (the "Order"), the Court directed the parties to file a "joint pretrial order within thirty days" (i.e., by August 25, 2022). However, one of Ladera's lead attorneys, Mrs. Dale Kotchka-Alanes, is currently away from the office on maternity leave and is due to return to practice on September 12, 2022. To accommodate Mrs. Kotchka-Alanes' maternity leave, and ensure that she is able to contribute to the pretrial order, the parties stipulate and request to extend the current deadline by thirty days, to September 26, 2022. This is the parties' first request to extend this deadline. Once the joint pretrial order is submitted, the parties look forward to setting trial as soon as practicable for the Court.

IT IS SO AGREED AND STIPULATED, this 22nd day of August, 2022:

By:/s/ Nathan J. Aman
Nathan J. Aman, Esq.
VILORIA, OLIPHANT & OSTER & AMAN LLP
P.O . Box 62
Reno, NV 89504
Tel: (775) 284-8888
Email: naman@renonvlaw.com

Frank J. Wright, Esq.
*(by pro hac vice)*
LAW OFFICES OF FRANK WRIGHT, PLLC
2323 Ross Ave., Suite 730
Dallas, TX 75201
Tel: (214) 935-9100
Email: frank@fjwright.law

*Attorneys for Plaintiff/Counterdefendant*

By:/s/ Brian D. Blakley
Dale Kotchka-Alanes, Esq. (SBN 13168)
Brian D. Blakley, Esq. (SBN 13074)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: dkotchkaalanes@lewisroca.com
Email: bblakley@lewisroca.com

*Attorneys for Defendant/Counterclaimant Ladera*

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE

DATED:  August 25, 2022