**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company,<br><br>              Plaintiff,<br>v.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>              Defendant. | CASE NO. 3:18-cv-00124-RCJ-CSD<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE PARTIES' JOINT PRETRIAL ORDER (SECOND REQUEST)** |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>              Counterclaimant,<br>v.<br><br>HALL CA-NV, LLC, a Texas limited liability company,<br><br>              Counterdefendant. | |

Pursuant to Local Rule 6-1, Defendant/Counterclaimant Ladera Development, LLC ("Ladera") and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their undersigned counsel, hereby stipulate to extend the current deadline for the joint pretrial order by ten days, from September 26, 2022 to October 6, 2022, in order to give the parties sufficient time to review one another's proposed exhibits and finalize the pretrial order.

118615839.1

- 1 –

The pretrial order was originally due August 25, 2022, but the parties stipulated to extend the deadline by 30 days due to counsel's maternity leave. The parties now make a second request to extend the deadline by an additional 10 days. While there is currently a draft of the pretrial order, the parties need additional time to revise it and review one another's proposed exhibits. Once the joint pretrial order is submitted, the parties look forward to setting trial as soon as practicable for the Court.

IT IS SO AGREED AND STIPULATED, this 23rd day of September, 2022:

By: */s/ Nathan J. Aman*
Nathan J. Aman, Esq.
VILORIA, OLIPHANT & OSTER & AMAN LLP
P.O . Box 62
Reno, NV 89504
Tel: (775) 284-8888
Email: naman@renonvlaw.com

Frank J. Wright, Esq.
*(by pro hac vice)*
LAW OFFICES OF FRANK WRIGHT, PLLC
2323 Ross Ave., Suite 730
Dallas, TX 75201
Tel: (214) 935-9100
Email: frank@fjwright.law

*Attorneys for Plaintiff/Counterdefendant*

By: */s/ Dale Kotchka-Alanes*
Dale Kotchka-Alanes, Esq. (SBN 13168)
Brian D. Blakley, Esq. (SBN 13074)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: dkotchkaalanes@lewisroca.com
Email: bblakley@lewisroca.com

*Attorneys for Defendant/Counterclaimant Ladera*

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: October 3, 2022.