# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company,<br><br>    Plaintiff,<br>v.<br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>    Defendant. | CASE NO. 3:18-cv-00124-RCJ-CSD<br><br><br>**ORDER TO EXTEND THE DEADLINE FOR THE PARTIES' JOINT PRETRIAL ORDER**<br>**(THIRD REQUEST)** |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>    Counterclaimant,<br>v.<br>HALL CA-NV, LLC, a Texas limited liability company,<br><br>    Counterdefendant. | |

  Pursuant to Local Rule 6-1, Defendant/Counterclaimant Ladera Development, LLC ("Ladera") and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their undersigned counsel, hereby stipulate to extend the current deadline for the joint pretrial order by five days, from October 6, 2022 to October 11, 2022, in order to give the parties sufficient time to review one another's changes and finalize the pretrial order.

118615839.1

- 1 –

The pretrial order was originally due August 25, 2022, but the parties stipulated to extend the deadline by 30 days due to counsel's maternity leave. The parties entered a second stipulation to extend the deadline an additional 10 days, to October 6, 2022. Counsel for Ladera was not able to send Hall's counsel Ladera's proposed revisions until just after midnight on October 6, 2022. Counsel for Hall accordingly needs more time to review Ladera's proposed revisions. The parties therefore stipulate to an extension of 5 days to finalize the pretrial order. Once the joint pretrial order is submitted, the parties look forward to setting trial as soon as practicable for the Court.

IT IS SO AGREED AND STIPULATED, this 6th day of October, 2022:

By: /s/ Nathan J. Aman
Nathan J. Aman, Esq.
VILORIA, OLIPHANT & OSTER & AMAN LLP
P.O . Box 62
Reno, NV 89504
Tel: (775) 284-8888
Email: naman@renonvlaw.com

Frank J. Wright, Esq.
*(by pro hac vice)*
LAW OFFICES OF FRANK WRIGHT, PLLC
2323 Ross Ave., Suite 730
Dallas, TX 75201
Tel: (214) 935-9100
Email: frank@fjwright.law

*Attorneys for Plaintiff/Counterdefendant*

By: /s/ Dale Kotchka-Alanes
Dale Kotchka-Alanes, Esq. (SBN 13168)
Brian D. Blakley, Esq. (SBN 13074)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: dkotchkaalanes@lewisroca.com
Email: bblakley@lewisroca.com

*Attorneys for Defendant/Counterclaimant Ladera*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: October 6, 2022.