DALE KOTCHKA-ALANES
State Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: dkotchkaalanes@lewisroca.com

*Attorneys for Defendant/Counterclaimant
Ladera Development, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Defendant.<br><br>AND RELATED ACTIONS. | CASE NO. 3:18-cv-00124-RCJ-CSD<br><br>**DEFENDANT/COUNTERCLAIMANT LADERA DEVELOPMENT LLC'S NOTICE OF DISSOCIATION OF COUNSEL BRIAN D. BLAKLEY** |

Defendant Ladera Development, LLC provides notice that Brian D. Blakley is no longer associated with Lewis Roca Rothgerber Christie LLP, and should be moved from the Electronic Case Filing records in this case. Lewis Roca Rothgerber Christie LLP continues to represent Ladera Development LLC in this case.

DATED: October 27, 2022

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Dale Kotchka-Alanes*
Dale Kotchka-Alanes, Esq. (SBN 13168)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant/Counterclaimant Ladera*

IT IS SO ORDERED.

DATED: October 27, 2022.

_____
UNITED STATES MAGISTRATE JUDGE