**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>        Defendant.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>HALL CA-NV, LLC, a Texas limited liability company,<br><br>        Counterdefendant. | CASE NO. 3:18-cv-00124-RCJ-CSD<br><br>**ORDER ON<br>LADERA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TRIAL BRIEF<br>(SECOND REQUEST)** |

    Pursuant to LR IA 6-1, Ladera Development, LLC ("Ladera") moves for a brief, 2-day extension of time for the parties to file their trial briefs, along with their proposed findings of fact and conclusions of law. The parties' trial briefs were originally due on Monday, May 1, 2023, but during the Calendar Call that same day, the Court granted counsel's request to change the due

117403876.1

- 1 –

1  date to Monday, May 8, 2023.  If the requested extension is granted, the trial briefs will be due on
2  Wednesday, May 10, 2023.
3      On Tuesday, May 2, 2023 – the day after the parties' Calendar Call with the Court – the
4  undersigned's father who has Parkinson's disease was hospitalized.  The undersigned needed to
5  take time away from work during the past week to assist with family matters.
6      A brief extension of two days would enable counsel to present the triable issues in a
7  manner helpful to this Court (including preparing charts relevant to the claimed damages) and
8  would not result in any prejudice or change to the trial schedule.
9      Opposing counsel has indicated that they do not oppose this request; their professional
10 courtesy is appreciated.  The undersigned accordingly requests that the due date for the parties'
11 trial briefs and proposed findings of fact and conclusions of law be extended to May 10, 2023.
12     DATED this 8th day of May, 2023.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Dale Kotchka-Alanes*
DALE KOTCHKA-ALANES, SBN 13168
JOEL HENRIOD, SBN 8492
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: dkotchkaalanes@lewisroca.com
Email: jhenriod@lewisroca.com

*Attorneys for Defendant/Counterclaimant Ladera*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2023

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of LEWIS ROCA ROTHGERBER CHRISTIE LLP, and that on May 8, 2023, I caused the foregoing document to be served by electronically filing the foregoing document with the CM/ECF electronic filing system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Nathan J. Aman, Esq.<br>VILORIA, OLIPHANT & OSTER & AMAN LLP<br>P.O . Box 62<br>Reno, NV 89504<br>Tel: (775) 284-8888<br>Email: naman@renonvlaw.com<br><br>*Attorneys for Plaintiff/Counterdefendant* | Frank J. Wright, Esq.<br>*(by pro hac vice)*<br>LAW OFFICES OF FRANK WRIGHT, PLLC<br>2323 Ross Ave., Suite 730<br>Dallas, TX 75201<br>Tel: (214) 935-9100<br>Email: frank@fjwright.law<br><br>*Attorneys for Plaintiff/Counterdefendant* |

*/s/ Jessie Helm*
An employee of Lewis Roca Rothgerber Christie LLP

117403876.1