**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Defendant. | CASE NO. 3:18-cv-00124-RCJ-CSD<br><br>**ORDER TO EXTEND THE DEADLINE TO FILE LADERA'S REPLY IN SUPPORT OF MOTION FOR CLARIFICATION OF COURT'S FINDINGS AND/OR FOR RECONSIDERATION (ECF NO. 231) (FIRST REQUEST)** |
| LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>HALL CA-NV, LLC, a Texas limited liability company,<br><br>Counterdefendant. | |

Pursuant to Local Rule 6-1, Defendant/Counterclaimant Ladera Development, LLC ("Ladera") and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their undersigned counsel, hereby stipulate to extend the current deadline for Ladera to file its reply in support of "Motion for Clarification of Court's Findings and/or for Reconsideration" (ECF No. 231) by one week, from June 29, 2023, to July 6, 2023.  This is the first request to extend this deadline.

117403876.1

- 1 –

1   Ladera's counsel's father passed away last week, on June 21, 2023. This brief extension will allow her to take the time needed to assist with family matters and final arrangements. This stipulation will not affect any other deadlines in this matter.

IT IS SO AGREED AND STIPULATED this 28th day of June, 2023.

By: /s/ Nathan J. Aman
Nathan J. Aman, Esq.
VILORIA, OLIPHANT & OSTER & AMAN LLP
P.O. Box 62
Reno, NV 89504
Tel: (775) 284-8888
Email: naman@renonvlaw.com

Frank J. Wright, Esq.
*(by pro hac vice)*
LAW OFFICES OF FRANK WRIGHT, PLLC
12222 Merit Drive, Suite 1700
Dallas, TX 75251
Tel: (214) 935-9100
Email: frank@fjwright.law

*Attorneys for Plaintiff/Counterdefendant*

By: /s/ Dale Kotchka-Alanes
Dale Kotchka-Alanes, Esq. (SBN 13168)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: dkotchkaalanes@lewisroca.com

*Attorneys for Defendant/Counterclaimant Ladera*

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: June 29, 2023