DALE KOTCHKA-ALANES
State Bar No. 13168
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: dkotchkaalanes@lewisroca.com

*Attorneys for Defendant/Counterclaimant*
*Ladera Development, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HALL CA-NV, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Defendant.<br><br>LADERA DEVELOPMENT, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>HALL CA-NV, LLC, a Texas limited liability company,<br><br>Counterdefendant. | CASE NO. 3:18-cv-00124-RCJ-CSD<br><br>**ORDER TO EXTEND THE DEADLINE TO FILE LADERA'S REPLY IN SUPPORT OF MOTION TO AMEND FINDINGS AND JUDGMENT (ECF NO. 243)**<br>**(FIRST REQUEST)** |

Pursuant to Local Rule 6-1, Defendant/Counterclaimant Ladera Development, LLC ("Ladera") and Plaintiff/Counterdefendant Hall CA-NV, LLC ("Hall"), by and through their undersigned counsel, hereby stipulate to extend the current deadline for Ladera to file its reply in support of "Motion to Amend Findings and Judgment" (ECF No. 243) by three days, from October 31, 2023, to November 3, 2023. This is the first request to extend this deadline.

117403876.1

- 1 –

1  Ladera's counsel other deadlines and obligations that conflict with the due date of the
2  reply in this case.  This brief extension will allow counsel to take the time needed to prepare a
3  succinct and coherent reply.  This stipulation is not being made for any improper purpose and will
4  not affect any other deadlines in this matter.
5      IT IS SO AGREED AND STIPULATED this 27th day of October, 2023.

By:*/s/ Frank J. Wright*
Frank J. Wright, Esq.
*(by pro hac vice)*
LAW OFFICES OF FRANK WRIGHT, PLLC
12222 Merit Drive, Suite 1700
Dallas, TX 75251
Tel: (214) 935-9100
Email: frank@fjwright.law

Nathan J. Aman, Esq.
VILORIA, OLIPHANT & OSTER & AMAN LLP
P.O . Box 62
Reno, NV 89504
Tel: (775) 284-8888
Email: naman@renonvlaw.com

*Attorneys for Plaintiff/Counterdefendant*

By:*/s/  Dale Kotchka-Alanes*
Dale Kotchka-Alanes, Esq. (SBN 13168)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Email: dkotchkaalanes@lewisroca.com

*Attorneys for Defendant/Counterclaimant Ladera*

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: October 30, 2023